**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| MARISSA PENA,<br>　　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO.  4:15-cv-585 |
| M&M CUSTOM HARVESTING,<br>ELWIN MORIARTY, and MARKO<br>CLARK,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## INDEX OF DOCUMENTS

COME NOW, M&M CUSTOM HARVESTING, ELWIN MORIARTY, and MARKO CLARK (hereinafter referred to as "Defendants"), Defendants in the above-entitled and numbered civil action, and submits this their Index of Documents filed in the State Court Action, pursuant to the Federal Rules of Civil Procedure, and which are attached to Defendant's *Notice of Removal*:

| | Document | Date |
|---|---|---|
| 1. | Plaintiff's Original Petition | 6/24/15 |
| 2. | Original Answer of M&M Custom Harvesting | 7/31/15 |
| 3. | Original Answer of Elwin Moriarty | 7/31/15 |
| 4. | Original Answer of Marko Clark | 7/31/15 |
| 5. | Defendant's Jury Demand | 8/03/15 |
| 7. | Defendant's Notice of Removal | 8/04/15 |
| 8. | State Court Docket Sheet | 8/04/15 |



Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY
    & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
M&M CUSTOM HARVESTING, ELWIN
MORIARTY, and MARKO CLARK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the ___4th___ day of August, 2015.

**CMRRR 9214 7969 0099 9790 1602 8938 61**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

Filed for Record at
6/24/2015 5:02:18 PM
Susan Culpepper
Clerk of the District Court
Erath County, Texas

CV33381

CAUSE NO. _____

| | | |
|---|---|---|
| MARISSA PENA; | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | 266th JUDICIAL DISTRICT |
| | § | |
| M & M CUSTOM HARVESTING; | § | |
| ELWIN MORIARTY; AND MARKO | § | |
| CLARK; | § | |
| | § | |
| DEFENDANTS. | § | OF ERATH COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff MARISSA PENA ("Ms. Pena") ("Plaintiff") complaining of and against Defendants M & M CUSTOM HARVESTING ("M & M"); ELWIN MORIARTY ("Mr. Moriarty") and MARKO CLARK ("Mr. Clark") (collectively referred to herein as "Defendants") and for causes of action would respectfully show the Honorable Court as follows:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

2.      Plaintiff is an individual residing in Stephenville, Erath County, Texas.

3.      Defendant M & M Custom Harvesting is a company with offices located at 2323 Road 750, Bladen, Nebraska 68928.  Defendant M & M may be served with process by serving its Owner and/or Registered Agent Elwin Moriarty at 2323 Road 750, Bladen, Nebraska 68928.

4.      Defendant Elwin Moriarty is the Owner and/or Registered Agent for M & M Custom Harvesting and is financially responsible for the M & M company truck involved in the

collision that forms the basis of this lawsuit. Mr. Moriarty may be served at his office address of 2323 Road 750, Bladen, Nebraska 68928.

5.     Defendant Marko Clark was the driver of the M & M company vehicle involved in the collision that forms the basis of this lawsuit. Defendant Mr. Clark was in the course and scope of his agency and/or employment with M & M and/or Mr. Moriarty at the time of the collision that forms the basis of this lawsuit. Defendant Mr. Clark may be served with process at his home address of 1310 S. 221 W. Ave., Sand Springs, OK 74063.

### JURISDICTION AND VENUE

6.     The subject matter in controversy is within the jurisdiction of this Honorable Court. The amount in controversy, exclusive of interest and attorneys' fees, exceeds the minimum jurisdictional limits of this Honorable Court.

7.     This Honorable Court has personal jurisdiction over the parties.  Plaintiff is resident of Erath County, Texas.  The causes of action set forth herein arose out of events or omissions that took place in Erath County, Texas.

8.     Venue in Erath County, Texas is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### BRIEF FACTUAL BACKGROUND

9.     On May 1, 2014, at or around 5:25 p.m., Plaintiff Marissa Pena was the passenger in a 2004 Volvo S40 with VIN # YV1VS27554F095732 driven by Jenna Robinson ("Plaintiff's vehicle"). Defendant Mr. Clark was the driver of an M & M company Mack truck with VIN # 1M1AJ07Y96N005870 with attached homemade vehicle ("Defendants' vehicle"). Defendant Mr. Moriarty and his company Defendant M &M are financially responsible for Defendants' vehicle. Defendant Mr. Clark was within the course and scope of his agency and/or employment

with Defendants M & M and/or Mr. Moriarty at the time of the collision. The Texas Peace Officer's Crash Report describes the collision as follows: "Unit #1 towing Unit #2 [Defendants' vehicle] WB on CR 516 came to a stop sign intersection with US 67. Unit # 3 [Plaintiff's vehicle] was NB on US 67 in left lane approaching CR 516 intersection. Driver of #1 thought he had time to cross over US 67 NB and into crossover to turn left on US 67 SB. Unit #1 Failed to Yield ROW-Stop Sign to Unit #3 as entered intersection. Front of Unit #3 struck left back quarter of #2 causing minimal damage to #2 and extensive damage to #3. Collision occurred in the left lane of US 67 NB. Driver of #1 stated he observed approaching vehicles but thought he had time to cross." Defendant Mr. Clark was listed in the report as having failed to yield the right of way at a stop sign and he was the only party cited as responsible for the collision. Plaintiff incurred substantial injuries and damages as a result of the negligence of Defendant Mr. Clark – for which his employer and/or principal Defendants M & M and Mr. Moriarty are vicariously liable – in having failed to yield the right of way at the stop sign and causing the collision that is the basis of this lawsuit.

## CAUSES OF ACTION FOR NEGLIGENCE

10.   Defendants were guilty of various acts of negligence, vicariously and/or directly, and each of the acts of negligence was a proximate cause of injuries and damages sustained by Plaintiff herein. The various acts of negligence include, but are not limited to, the following:

A.  Driver [Mr. Clark] failing to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.  Driver failing to steer the motor vehicle so as to affirmatively avoid the collision at issue;

C.  Driver failing to act as a reasonable and prudent driver would have done in the same or similar circumstances; and

D.  Driver failing to yield right of way at a stop sign.

## PERSONAL INJURY AND DAMAGES

11. Plaintiff has sustained personal injuries and damages as a result of the negligent conduct of the Defendants herein. As a proximate result of the negligent acts committed by Defendants herein and made the basis of this lawsuit, Plaintiff was caused to suffer personal injuries and to incur damages for which Plaintiff now seeks recovery as against the Defendants as follows:

A. Reasonable medical care and expenses in the past and future. These expenses were incurred by Plaintiff in the past and will continue to be incurred by Plaintiff in the future for the necessary care and treatment of the injuries resulting from the collision complained of herein and such charges are reasonable and were usual and customary charges for such services in Erath County, Texas;

B. Physical pain and mental anguish in the past and future;

C. Physical impairment in the past and future;

D. Physical disfigurement in the past and future; and

E. Lost wages and/or lost earnings capacity in the past and future.

12. Plaintiff seeks monetary relief over $200,000 but not more than 1,000,000.

## REQUEST FOR DISCLOSURE

13. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## JURY DEMAND

14. Plaintiff hereby demands a trial by jury on all claims herein.

## PRAYER FOR RELIEF

15. WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays for the following:

a.    Judgment against Defendants for a sum within the jurisdictional limits of this Honorable Court;

b.    Pre-judgment interest as provided by law;

c.    Post-judgment interest as provided by law;

d.    Costs of suit; and

e.    All such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF JULIE CASTILLO

_____/s/_____
Julie Castillo
Texas State Bar No. 24092232
1148 East Commerce Street
San Antonio, Texas 78205
Telephone: (210) 647-6021
Fax: (210) 225-9301

Jon Powell
The Powell Law Firm
Texas State Bar No. 00797260
1148 East Commerce Street
San Antonio, Texas 78205
Telephone: (210) 225-9300
Fax: (210) 225-9301

ATTORNEYS FOR PLAINTIFF

150527.Pena.POP

**CITATION**
CAUSE NO. CV33381

THE STATE OF TEXAS



TO:      **MARKO CLARK**
         **1310 S. 221 W. AVE.**
         **SAND SPRINGS, OK 74063**

Defendant, in the hereinafter styled and numbered cause:

You are hereby commanded to appear before the 266th Judicial District Court of Erath County, Texas, to be held at the Courthouse of said County in the city of Stephenville, Erath County, Texas, by filing a written answer to **PLAINTIFF'S ORIGINAL PETITION** at or before 10:00 o'clock, A.M., of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in Cause Number CV33381 styled **MARISSA PENA VS M&M CUSTOM HARVESTING; ELWIN MORIARTY; AND MARKO CLARK** filed on the 25th day of June, 2015.

The name and address of the attorney for plaintiff, or the address of plaintiff is:
JULIE CASTILLO * 1148 E. COMMERCE STREET * SAN ANTONIO, TX 78205.

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 o'clock, A.M., on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

WITNESS, Wanda Pringle, District Clerk, of the 266th Judicial District Court of Erath County, Texas.

Issued and given under my hand and seal of said Court at office, this the 25th day of June, 2015.

Address:      Erath County Courthouse Annex          Wanda Pringle, District Clerk
              Room 108                               266th District Court
              Stephenville, Texas 76401              Erath County, Texas

                                                     By
                                                          SUSAN CULPEPPER, Deputy

---

OFFICER OR AUTHORIZED PERSON'S RETURN

Came to hand this _____ day of _____, 20 _____, at _____ o'clock ___ m., and executed at _____, within

the County of _____ at _____ o'clock ___ m. on the ___ day of _____ 20 ____, by delivering to the defendant, **MARKO CLARK**, in person, a

true copy of this Citation together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION** attached thereto and I endorsed on said copy of the

Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 ___.

                              Sheriff/Constable/Authorized Person
                              _____County, Texas

                         BY:_____
                              Sheriff/Constable./Authorized Person

                              _____
                              ID# and Expiration of Certification

State of TEXAS
County of ERATH
Subscribed and sworn to before me, a notary public, on_____

_____
Notary Public
My Commission Expires:_____          (NOTARY SEAL WITH EXPIRATION DATE)

Filed for Record at
7/31/2015 2:28:05 PM
Susan Culpepper
Clerk of the District Court
Erath County, Texas

CAUSE NO. **CV33381**

| | | |
|---|---|---|
| **MARISSA PENA,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **266TH JUDICIAL DISTRICT** |
| **M&M CUSTOM HARVESTING,** | § | |
| **ELWIN MORIARTY, and MARKO** | § | |
| **CLARK,** | § | |
| **Defendants.** | § | **OF ERATH COUNTY, TEXAS** |

### ORIGINAL ANSWER OF DEFENDANT M&M CUSTOM HARVESTING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **M&M CUSTOM HARVESTING** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this its Original Answer, showing unto the Court as follows:

### I.

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which she has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

### II.

### REQUEST FOR COURT REPORTER

Defendant respectfully requests that a court reporter attend all sessions in court in connection with this case and that said reporter take full notes of all testimony offered, together

ORIGINAL ANSWER OF DEFENDANT M&M CUSTOM HARVESTING – Page 1

with any objections, rulings, and remarks of the Court and exceptions thereto and such other proceedings as may be needed or requested by Defendant.

## III.

### NOTICE OF TEXAS RULE OF CIVIL PROCEDURE 193.7

Pursuant to Texas Rule of Civil Procedure 193.7, the undersigned hereby notifies all counsel of record that Defendant may introduce into evidence at the time of trial or pre-trial, those documents produced by all parties in response to requests for production and/or requests for disclosure in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff take nothing by this suit and that Defendant be permitted to go hence without delay and recover its costs in its behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

_____

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY**
   **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**M&M CUSTOM HARVESTING**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the _31st_ day of July, 2015.

**CMRRR 9214 7969 0099 9790 1602 8937 79**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**

Filed for Record at
7/31/2015 2:31:59 PM
Susan Culpepper
Clerk of the District Court
Erath County, Texas

CAUSE NO. CV33381

| | | |
|---|---|---|
| **MARISSA PENA,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **266TH JUDICIAL DISTRICT** |
| **M&M CUSTOM HARVESTING,** | § | |
| **ELWIN MORIARTY, and MARKO** | § | |
| **CLARK,** | § | |
| **Defendants.** | § | **OF ERATH COUNTY, TEXAS** |

## ORIGINAL ANSWER OF DEFENDANT ELWIN MORIARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ELWIN MORIARTY** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this his Original Answer, showing unto the Court as follows:

### I.

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which she has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

### II.

### REQUEST FOR COURT REPORTER

Defendant respectfully requests that a court reporter attend all sessions in court in connection with this case and that said reporter take full notes of all testimony offered, together

with any objections, rulings, and remarks of the Court and exceptions thereto and such other proceedings as may be needed or requested by Defendant.

## III.

### NOTICE OF TEXAS RULE OF CIVIL PROCEDURE 193.7

Pursuant to Texas Rule of Civil Procedure 193.7, the undersigned hereby notifies all counsel of record that Defendant may introduce into evidence at the time of trial or pre-trial, those documents produced by all parties in response to requests for production and/or requests for disclosure in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff take nothing by this suit and that Defendant be permitted to go hence without delay and recover his costs in his behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**ELWIN MORIARTY**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __31st__ day of July, 2015.

**CMRRR 9214 7969 0099 9790 1602 8937 79**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205

*/s/ D. Randall Montgomery*

_____
**D. RANDALL MONTGOMERY**

Filed for Record at
7/31/2015 2:33:19 PM
Susan Culpepper
Clerk of the District Court
Erath County, Texas

CAUSE NO. CV33381

| | | |
|---|---|---|
| **MARISSA PENA,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **266TH JUDICIAL DISTRICT** |
| **M&M CUSTOM HARVESTING,** | § | |
| **ELWIN MORIARTY, and MARKO** | § | |
| **CLARK,** | § | |
| **Defendants.** | § | **OF ERATH COUNTY, TEXAS** |

## ORIGINAL ANSWER OF DEFENDANT MARKO CLARK

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **MARKO CLARK** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this his Original Answer, showing unto the Court as follows:

## I.

## GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which she has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

## II.

## REQUEST FOR COURT REPORTER

Defendant respectfully requests that a court reporter attend all sessions in court in connection with this case and that said reporter take full notes of all testimony offered, together

with any objections, rulings, and remarks of the Court and exceptions thereto and such other proceedings as may be needed or requested by Defendant.

## III.

### NOTICE OF TEXAS RULE OF CIVIL PROCEDURE 193.7

Pursuant to Texas Rule of Civil Procedure 193.7, the undersigned hereby notifies all counsel of record that Defendant may introduce into evidence at the time of trial or pre-trial, those documents produced by all parties in response to requests for production and/or requests for disclosure in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff take nothing by this suit and that Defendant be permitted to go hence without delay and recover his costs in his behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY**
    **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas  75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**MARKO CLARK**

<u>**ORIGINAL ANSWER OF DEFENDANT MARKO CLARK**</u> **– Page 2**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __31st__ day of July, 2015.

**<u>CMRRR 9214 7969 0099 9790 1602 8937 79</u>**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205


*/s/ D. Randall Montgomery*

_____
**D. RANDALL MONTGOMERY**

<u>**ORIGINAL ANSWER OF DEFENDANT MARKO CLARK**</u> **– Page 3**

Filed for Record at
8/3/2015 11:40:17 AM
Susan Culpepper
Clerk of the District Court
Erath County, Texas

CAUSE NO. CV33381

| | | |
|---|---|---|
| **MARISSA PENA,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **266TH JUDICIAL DISTRICT** |
| **M&M CUSTOM HARVESTING,** | § | |
| **ELWIN MORIARTY, and MARKO** | § | |
| **CLARK,** | § | |
| **Defendants.** | § | **OF ERATH COUNTY, TEXAS** |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **M&M CUSTOM HARVESTING** (hereinafter "Defendant"), and

demands a jury trial of all issues of fact in this lawsuit.

The filing of this Jury Demand, however, is not a request that the matter be set for trial at

this time or that the matter be placed on the Court's docket at this time.

Respectfully submitted,


*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY**
**& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**M&M CUSTOM HARVESTING**

DEFENDANT'S JURY DEMAND - Page 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __3rd__ day of August, 2015.

**CMRRR 9214 7969 0099 9790 1602 8937 79**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

**DEFENDANT'S JURY DEMAND** - Page 2

CAUSE NO. CV33381

| | | |
|---|---|---|
| MARISSA PENA, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | 266TH JUDICIAL DISTRICT |
| M&M CUSTOM HARVESTING, | § | |
| ELWIN MORIARTY, and MARKO | § | |
| CLARK, | § | |
| Defendants. | § | OF ERATH COUNTY, TEXAS |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on August ___4th___, 2015, Defendants M&M Custom Harvesting,

Elwin Moriarty, and Marko Clark filed a Notice of Removal of the above-captioned action with

the United States District Court for the Northern District of Texas, Fort Worth Division, a copy

of which is attached hereto.

Respectfully submitted,


*/s/ D. Randall Montgomery*
_____
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**MICHAEL JUSTUS**
State Bar No. 24002384
*mjustus@drmlawyers.com*
**D. RANDALL MONTGOMERY
   & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
M&M CUSTOM HARVESTING, ELWIN
MORIARTY, and MARKO CLARK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __4th__ day of August, 2015.

**CMRRR 9214 7969 0099 9790 1602 8938 61**
Julie Castillo
Law Office of Julie Castillo
1148 East Commerce Street
San Antonio, Texas 78205


*/s/ D. Randall Montgomery*
_____
**D. RANDALL MONTGOMERY**

 **ERATH DISTRICT CLERK - PUBLIC RECORDS**

Search      Log Out

## Civil Details

| | |
|---|---|
| **Case Number** | CV33381 |
| **Case Type** | INJURY OR DAMAGE WITH MV |
| **Style of Case** | |
| **Plaintiff** | MARISSA PENA |
| **Defendant** | M&M CUSTOM HARVESTING; ELWIN MORIARTY; AND MARKO CLARK |
| **File Date** | 06/25/2015 |
| **Disposition Date** | |

## Court Actions

| | |
|---|---|
| **Report Filed** | |
| **Hearing Date** | |
| **Pretrial Date** | |
| **Trial Set** | |
| **Trial Date** | |
| **Judgment Rendered** | |
| **Bondsman's Code** | |
| **Fee Paid** | 08/03/2015 |
| **Voir Dire** | |
| **Jury Sworn** | |

| Court Action | Date/Time |
|---|---|
| No records found. | |

## Transactions

| Party Name | Date | Description | Pages | |
|---|---|---|---|---|
| PENA,MARISSA | 06/25/2015 | PLAINTIFF'S ORIGINAL PETITION/SKC | 5 | \ |
| PENA,MARISSA | 06/25/2015 | PMT-PLAINTIFF'S ORIGINAL PETITION/SKC/SKC | 0 | |
| PENA,MARISSA | 06/25/2015 | CITATION ISSUED TO MARKO CLARK/SKC | 1 | \ |
| PENA,MARISSA | 06/25/2015 | CITATION ISSUED TO ELWIN MORIARTY/SKC | 1 | \ |
| PENA,MARISSA | 06/25/2015 | CITATION ISSUED TO M&M CUSTOM HARVESTING/SKC | 1 | \ |
| CLARK,MARKO | 08/03/2015 | ORIGINAL ANSWER OF DEFENDANT MARKO CLARK (EFILED)/SKC | 3 | \ |
| CLARK,MARKO | 08/03/2015 | PMT-ORIGINAL ANSWER OF DEFENDANT MARKO CLARK (EFILED)/SKC | 0 | |
| MORIARTY,ELWIN | 08/03/2015 | ORIGINAL ANSWER OF DEFENDANT ELWIN MORIARTY/SKC (EFILED) | 3 | \ |
| MORIARTY,ELWIN | 08/03/2015 | PMT-ORIGINAL ANSWER OF DEFENDANT ELWIN MORIARTY (EFILED)/SKC | 0 | |
| M&M CUSTOM HARVESTING | 08/03/2015 | ORIGINAL ANSWER OF DEFENDANT M&M CUSTOM HARVESTING(EFILED)/SKC | 3 | \ |
| M&M CUSTOM HARVESTING | 08/03/2015 | PMT-ORIGINAL ANSWER OF DEFENDANT M&M CUSTOM HARVESTING (EFILED)/SKC | 0 | |
| M&M CUSTOM HARVESTING | 08/03/2015 | DEFENDANT'S JURY DEMAND/SKC | 2 | \ |
| M&M CUSTOM HARVESTING | 08/03/2015 | PMT-DEFENDANT'S JURY DEMAND/SKC | 0 | |

## Court Info

| | |
|---|---|
| **Court** | 266T |
| **Book** | CIVIL |
| **Volume** | |
| **Page** | |
| **Judge** | HONORABLE JASON C. CASHON |
| **Reporter** | THOMAS D. JOHNSON |

## Parties

| Name | Defendant/Plaintiff | Attorney |
|------|---------------------|----------|
| PENA,MARISSA | PLAINTIFF | CASTILLO,JULIE |
| M&M CUSTOM HARVESTING | DEFENDANT | MONTGOMERY,D. RANDALL |
| MORIARTY,ELWIN | DEFENDANT | MONTGOMERY,D. RANDALL |
| CLARK,MARKO | DEFENDANT | MONTGOMERY,D. RANDALL |

© 2013 NET Data Corporation | Contact Us | Erath District Clerk